UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 20-6285-DMG (PDx)** | Date December 29, 2020 |
| Title *Grace Cho v. Fatemeh Karimghafab, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:  IN CHAMBERS - ORDER DISMISSING ACTION**

     In light of Plaintiff's Notice of Voluntary Dismissal filed on December 28, 2020 [Doc. # 14], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Order to Show Cause dated December 17, 2020 is discharged.  [Doc. # 13.]

IT IS SO ORDERED.

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|